UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 06-14065-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

  vs.

**JOHN L. FERGUSON,**

       Defendant.

_____

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED
RELEASE**

    **THIS CAUSE** came before the Court upon the Petition
for Violation of Supervised Release filed on December 6,
2017.

    Magistrate Judge Shaniek N. Maynard held a Evidentiary
Hearing was held on January 30, 2017 and a Report and
Recommendation was filed recommending that Defendant's term of
supervised release be revoked. The Defendant and the Government
were afforded the opportunity to file objections to the Report
and Recommendation, however to date, none were filed. The Court
has conducted a de novo review of the entire file. Accordingly,
it is

   **ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and
Recommendation on the violations set forth in the Petition for
Violation of Supervised Release is hereby Adopted and Approved in
its entirety.

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day
of January, 2017.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Diana Acosta, AUSA
        Brian Malonee, Esq.
        Robert Tango, USPO